JOSIAH H. BRONSON, Respondent, *v.* FRANCIS H. ROBINSON et al., Defendants, and WALTER J. ELLISON, Appellant.

Submitted May 20, 1946; decided May 29, 1946.

*Charles J. Herson* and *Morris L. Strauss* for motion.
*Julius L. Neidle* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

EDWARD C. LA VAUD, as Executor of ELLEN F. MURPHY, Deceased, Appellant, *v.* MAE M. REILLY, Respondent.

Submitted May 20, 1946; decided May 29, 1946.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 280.]